IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL,<br>aka BELLA-CHRISTINA BIRRELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>KEITH HARLAN KNAUF, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-10-1707-GEB-CMK-P<br><br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 14) for leave to file an amended complaint. Plaintiff has also submitted a proposed amended complaint (Doc. 15). The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See

1

Fed. R. Civ. P. 15(a)(2).  Because no responsive pleading or Rule 12(b) motion has been filed, plaintiff may amend once as of right without leave of court.  Plaintiff's amended complaint is deemed filed as of right and the motion for leave to amend is denied as unnecessary.

        IT IS SO ORDERED.

DATED:  January 13, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2