IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL, aka BELLA-CHRISTINA BIRRELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>KEITH HARLAN KNAUF, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-10-1707-GEB-CMK-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an order appointing a jailhouse lawyer to assist her[1] (Doc. 18). The motion is denied as unnecessary because, where no reasonable alternative exists, plaintiff has a right to access to inmate assistance subject to the prison's ability to impose reasonable restrictions, and plaintiff has not claimed improper denial

/ / /

/ / /

---

[1] Plaintiff is a male-to-female transgender person who prefers to be referred to using feminine pronouns.

1

Case 2:10-cv-01707-GEB-CMK   Document 20   Filed 02/24/11   Page 2 of 2

by prison staff of access to a jailhouse lawyer.  See <u>Storseth v. Spellman</u>, 654 F.2d 1349 (9th Cir. 1981).

        IT IS SO ORDERED.

DATED: February 23, 2011

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

2