IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WESLEY BIRRELL,<br>aka BELLA-CHRISTINA BIRRELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>KEITH HARLAN KNAUF, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-10-1707-GEB-CMK-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Plaintiff's Objections to the Magistrate Judge's Order Denying the Filing of Plaintiff's Second Amended Complaint Pursuant to Federal Rules of Civil Procedure, Rule 72(a)" (Doc. 35), which is construed as a motion for reconsideration of the court's June 7, 2011, order denying leave to amend (Doc. 32).

       Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The June 7, 2011, order (Doc. 32) is, therefore, affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 35) is denied;
2. The Magistrate Judge's June 7, 2011, order (Doc. 32) is affirmed; and
3. No further motions for reconsideration of this order will be considered.

Dated: July 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge