1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DAVID WESLEY BIRRELL,                    No. CIV S-10-1707-GEB-CMK-P
     aka BELLA-CHRISTINA BIRRELL,

12
              Plaintiff,

13
         vs.                                 ORDER

14
     KEITH HARLAN KNAUF, et al.,

15
              Defendants.

16
     _____/

17

18          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

19   U.S.C. § 1983.  Pending before the court is plaintiff's second motion for leave to take the

20   depositions of incarcerated witnesses (Doc. 40) and plaintiff's motion to extend the discovery

21   cut-off date (Doc. 42).

22          Plaintiff seeks leave of court to take the oral depositions of four incarcerated

23   witnesses.  As with the first motion for leave to take depositions, plaintiff does not state how the

24   four proposed deponents have any personal knowledge of matters relevant to this action.  The

25   motion for leave to take depositions will be denied.

26   / / /

1        Plaintiff also seeks an order extending the time to conduct discovery to January

2  2012.  For cause, plaintiff states:

3            This enlargement of time to conduct formal discovery is necessary
           due to a complete disruption in programming that occurred at the
4          California Medical Facility on 3 July 2011 and lasted through the 25th of
           July 2011 due to an out break of violence between Black and Southern
5          Hispanic inmates which occurred on the institution's main yard on 3 July
           2011.

6

7  Plaintiff, however, does not demonstrate how the month-long disruption in programming

8  hampered his ability to conduct formal discovery prior to July 2011 or after July 2011.  In this

9  regard, the court notes that discovery opened on June 7, 2011, and currently is scheduled to

10  continue through September 26, 2011.  Plaintiff still has almost two months in which to conduct

11  discovery and he does not state how this remaining time is insufficient.  Plaintiff's motion to

12  extend the discovery cut-off date will also be denied.

13        Accordingly, IT IS HEREBY ORDERED that:

14        1.    Plaintiff's motion to compel (Doc. 40) is denied; and

15        2.    Plaintiff's motion to extend the discovery cut-off date (Doc. 42) is denied.

16

17   DATED:  August 10, 2011

18                              _____
                              CRAIG M. KELLISON
19                             UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

2