IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WESLEY BIRRELL,                    No. CIV S-10-1707-GEB-CMK-P
aka BELLA-CHRISTINA BIRRELL,

        Plaintiff,

  vs.                                                ORDER

KEITH HARLAN KNAUF, et al.,

        Defendants.

/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's unopposed motion for an extension of the discovery cut-off date (Doc. 62). Good cause appearing therefor, the request is granted. The parties may conduct discovery in accord with the court's June 7, 2011, scheduling order until July 6, 2012. All dispositive motions shall be filed within 90 days after this date.

        IT IS SO ORDERED.

DATED: May 10, 2012

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE