1

2

3

4

5

6

7

8                                   **IN THE UNITED STATES DISTRICT COURT**

9                           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 DAVID WESLEY BIRRELL,           No. 2:10-CV-1707-GEB-CMK-P
      aka BELLA-CHRISTINA BIRRELL,

12

          Plaintiff,

13

      vs.                              ORDER

14

KEITH HARLAN KNAUF, et al.,

15

          Defendants.

16

                                             /

17

18            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

19 42 U.S.C. § 1983.  Pending before the court are: (1) plaintiff's motion for leave to amend (Doc.

20 106); and (2) plaintiff's motion for relief from final judgment (Doc. 111).

21            In her motion for leave to amend, plaintiff seeks to file an amended complaint

22 naming another prison inmate as a defendant.  For the reasons set forth in the court's June 7,

23 2011, order denying a similar request, the current motion will also denied.

24            Plaintiff's motion for relief from final judgment will be denied because, to date,

25 no final judgment has been entered in this action.

26 / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for leave to amend (Doc. 106) is denied; and

2.      Plaintiff's motion for relief from final judgment (Doc. 111) is denied.


DATED:  February 7, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE